| **Fill in this information to identify your case:** | | | |
|---|---|---|---|
| Debtor 1 | Leimomi | Scollon | DelGiorno |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF PENNSYLVANIA | | |
| Case number (if known) | 5:22-bk-00624 | | |

☐ Check if this is an amended filing

# Official Form 106C
# Schedule C: The Property You Claim as Exempt    4/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

## Part 1: Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

    ☐ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

    ■ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **204 Woods Walk Stroudsburg, PA 18360  Monroe County**<br>**6 Bedroom; 4 Bath; Single-Family Home. Zillow Value Shown.**<br>Line from *Schedule A/B*: **1.1** | $582,900.00 | ■ $13,950.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(1) |
| **2019 Honda Civic LX 71,000 miles**<br>**In good condition. In Debtor's possession. Held for Debtor's personal use. Owned jointly with husband, Daniel DelGiorno.**<br>Line from *Schedule A/B*: **3.1** | $14,814.00 | ■ $1.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(2) |
| **2016 GMC Sierra 3500 72,000 miles**<br>**In fair condition. In Debtor's possession. Held for Debtor's personal use. Owned jointly with husband, Daniel DelGiorno.**<br>Line from *Schedule A/B*: **3.2** | $29,102.00 | ■ $1.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |

| Debtor 1 | Leimomi Scollon DelGiorno | | Case number (if known) | 5:22-bk-00624 |
|---|---|---|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | | Specific laws that allow exemption |
|---|---|---|---|---|
| **Kitchenware & small appliances; Table/Chairs; Refrigerator; Dishwasher; Microwave; Stove/Oven; Washer/Dryer; Coffee Maker; Toaster; Living Room Furniture; Beds; Dressers; Nightstands; Lamps; Dining Room Table/Chairs; Household goods; Vacuum; Groceries; Lin**<br>Line from *Schedule A/B*: **6.1** | $5,200.00 | ■ | $5,200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| **TVs; Computer; 2 Cell Phones. In Debtor's possession. Held for Debtor's personal use, no single item of which exceeds $625 in value. Owned jointly with husband, Daniel DelGiorno.**<br>Line from *Schedule A/B*: **7.1** | $900.00 | ■ | $900.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| **Books & Pictures. In Debtor's possession. Held for Debtor's personal use, no single item of which exceeds $625 in value. Owned jointly with husband, Daniel DelGiorno.**<br>Line from *Schedule A/B*: **8.1** | $100.00 | ■ | $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| **Treadmill. In Debtor's possession. Held for Debtor's personal use, no single item of which exceeds $625 in value.**<br>Line from *Schedule A/B*: **9.1** | $100.00 | ■ | $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| **Debtor's clothing. No single item of which exceeds $625 in value.**<br>Line from *Schedule A/B*: **11.1** | $600.00 | ■ | $600.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| **Wedding band; Necklaces; Misc. Gold & Costume Jewelry. In Debtor's possession. Held for Debtor's personal use, no single item of which exceeds $625 in value.**<br>Line from *Schedule A/B*: **12.1** | $500.00 | ■ | $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(4) |
| **3 Dogs. 25 Chickens; 4 Ducks. Owned jointly with husband, Daniel DelGiorno.**<br>Line from *Schedule A/B*: **13.1** | $250.00 | ■ | $250.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| **Cash**<br>Line from *Schedule A/B*: **16.1** | $60.00 | ■ | $60.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |

Official Form 106C    Schedule C: The Property You Claim as Exempt    page 2 of 3
Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Case 5:22-bk-00624-MJC    Doc 14    Filed 04/06/22    Entered 04/06/22 11:30:46    Desc
Main Document    Page 2 of 3

| Debtor 1 | Leimomi Scollon DelGiorno | | Case number (if known) | 5:22-bk-00624 |
|---|---|---|---|---|
| **Brief description of the property and line on** *Schedule A/B* **that lists this property** | **Current value of the portion you own** <br> Copy the value from *Schedule A/B* | **Amount of the exemption you claim** <br> *Check only one box for each exemption.* | | **Specific laws that allow exemption** |
| **Checking Acct. No. xxx7921: Wells Fargo Bank** <br> **Stroudsburg, PA** <br> **Owned jointly with husband, Daniel DelGiorno.** <br> **$28.29/2** <br> Line from *Schedule A/B*: **17.1** | $14.15 | ■ $14.15 <br> ☐ 100% of fair market value, up to any applicable statutory limit | | 11 U.S.C. § 522(d)(5) |
| **Checking Acct. No. xxx3430: Bank of America** <br> **New York, NY** <br> **Owned jointly with husband, Daniel DelGiorno.** <br> **$2003.06/2** <br> Line from *Schedule A/B*: **17.2** | $1,001.53 | ■ $1,001.53 <br> ☐ 100% of fair market value, up to any applicable statutory limit | | 11 U.S.C. § 522(d)(5) |
| **401(k): Employer sponsored 401(k) Plan** <br> **NOT PROPERTY OF THE ESTATE** <br> Line from *Schedule A/B*: **21.1** | $1.00 | ■ $1.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | | 11 U.S.C. § 522(d)(12) |
| **Federal: No anticipated 2021 tax refund due to business income** <br> Line from *Schedule A/B*: **28.1** | $1.00 | ■ $1.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | | 11 U.S.C. § 522(d)(5) |
| **Employer sponsored term life insurance policy.** <br> **Beneficiary: Debtor's husband, Daniel DelGiorno** <br> Line from *Schedule A/B*: **31.1** | $1.00 | ■ $1.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | | 11 U.S.C. § 522(d)(7) |
| **Proceeds of Sale of 113 N. 5th Street, Stroudsburg, PA 18360, held in escrow by Newman, Williams, P.C. pending resolution of 7795-cv-2017 and 373-cv-2020 in the Monroe County Court of Common Pleas** <br> Line from *Schedule A/B*: **53.1** | $69,185.03 | ■ $14,347.32 <br> ☐ 100% of fair market value, up to any applicable statutory limit | | 11 U.S.C. § 522(d)(5) |

3. **Are you claiming a homestead exemption of more than $189,050?**
   (Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
      ☐ No
      ☐ Yes