UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: LEIMOMI SCOLLON DELGIORNO
AKA: LEIMOMI M. SCOLLON,
LEIMOMI SCOLLON-DELGIORNO,                    CHAPTER 13
LEOMOMI MAUREEN
SCOLLON-DELGIORNO, LEIMOMI
MAUREEN SCOLLON,LEIMOMI                        CASE NO: 5-22-00624-MJC
SCOLLON,LEIMOMI MAUREEN
DELGIORNO, LEIMOMI M.
DELGIORNO, LEIMOMI M.
SCOLLON-DELGIORNO,LEIMOMI
DELGIORNO

    Debtor(s)
JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
    Movant
vs.
LEIMOMI SCOLLON DELGIORNO
etal
    Respondent(s)

## TRUSTEE'S MOTION TO DISMISS CASE

AND NOW, on September 9, 2022, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, by and through his attorney Agatha R. McHale, Esquire, and respectfully represents the following:

1. An Amended Plan was filed on April 5, 2022.

2. A hearing was held and an Order was entered on July 26, 2022 directing that an amended plan be filed within thirty (30) days.

3. As of the date of this Motion, an amended plan has not been filed.

4. The delay in filing a confirmable plan in this case is prejudicial to creditors.

WHEREFORE, your Trustee respectfully requests your Honorable Court dismiss the case upon the basis that Debtors have failed to propose a confirmable plan.

    Respectfully submitted,

    /s/   Agatha R. McHale, Esq.
    Id:   47613
    Attorney for Movant
    Jack N. Zaharopoulos

Standing Chapter 13 Trustee
Ste. A, 8125 Adams Drive
Hummelstown, PA   17036
Ph.   717-566-6097
email: amchale@pamd13trustee.com

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: LEIMOMI SCOLLON DELGIORNO
AKA: LEIMOMI M. SCOLLON,
LEIMOMI SCOLLON-DELGIORNO,
LEOMOMI MAUREEN
SCOLLON-DELGIORNO, LEIMOMI
MAUREEN SCOLLON, LEIMOMI
SCOLLON, LEIMOMI MAUREEN
DELGIORNO, LEIMOMI M.
DELGIORNO, LEIMOMI M.
SCOLLON-DELGIORNO, LEIMOMI
DELGIORNO

CHAPTER 13

CASE NO: 5-22-00624-MJC

Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
Movant

## NOTICE

NOTICE IS HEREBY GIVEN that Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to file a confirmable Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a hearing has been scheduled on this matter for:

| | |
|---|---|
| U.S. Bankruptcy Court<br>Max Rosenn U.S. Courthouse<br>Courtroom #2<br>197 S. Main Street<br>Wilkes Barre, PA | Date: September 27, 2022<br><br>Time: 09:30 AM |

Any objection or response filed must be filed with the Clerk, U.S. Bankruptcy Court and served on the Chapter 13 Trustee.

Respectfully submitted,

/s/ Agatha R. McHale, Esquire
ID: 47613
Attorney for Movant
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097
email: info@pamd13trustee.com

Dated: September 9, 2022

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: LEIMOMI SCOLLON DELGIORNO
AKA: LEIMOMI M. SCOLLON, LEIMOMI SCOLLON-DELGIORNO, LEOMOMI MAUREEN SCOLLON-DELGIORNO, LEIMOMI MAUREEN SCOLLON,LEIMOMI SCOLLON,LEIMOMI MAUREEN DELGIORNO, LEIMOMI M. DELGIORNO, LEIMOMI M. SCOLLON-DELGIORNO,LEIMOMI DELGIORNO

CHAPTER 13

CASE NO: 5-22-00624-MJC

Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
    Movant
LEIMOMI SCOLLON DELGIORNO etal

    Respondent(s)

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on September 9, 2022, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

Served electronically

VINCENT RUBINO, ESQUIRE
712 MONROE STREET
P.O. BOX 511
STROUDSBURGPA18360-0511

United States Trustee
228 Walnut Street
Suite 1190
Harrisburg, PA 17101

Served by 1st Class Mail

LEIMOMI SCOLLON DELGIORNO
204 Woods Walk
Stroudsburg, PA 18360

I certify under penalty of perjury that the foregoing is true and correct.

Date: September 9, 2022

    /s/   Vickie Williams
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Dr.
Hummelstown, PA   17036
Phone:   (717) 566-6097
email: info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: LEIMOMI SCOLLON DELGIORNO
AKA: LEIMOMI M. SCOLLON, LEIMOMI
SCOLLON-DELGIORNO, LEOMOMI
MAUREEN SCOLLON-DELGIORNO,
LEIMOMI MAUREEN SCOLLON, LEIMOMI
SCOLLON, LEIMOMI MAUREEN
DELGIORNO, LEIMOMI M. DELGIORNO,
LEIMOMI M.
SCOLLON-DELGIORNO, LEIMOMI
DELGIORNO

CHAPTER 13

CASE NO: 5-22-00624-MJC

Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
    Movant

LEIMOMI SCOLLON
DELGIORNO etal
    Respondent(s)

### ORDER DISMSSING CASE

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed. The Court retains jurisdiction to rule on any timely filed fee application.