IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
Leimomi Scollon DelGiorno, : CASE NO. 5:22-bk-00624-MJC
aka Leomomi Maureen Scollon-DelGiorno : CHAPTER 13
aka Leimomi Maureen Scollon :
aka Leimomi Scollon :
aka Leimomi Maureen DelGiorno :
aka Leimomi M. DelGiorno :
aka Leimomi M. Scollon-Delgiorno :
aka Leimomi DelGiorno :
aka Leimomi Scollon-DelGiorno :
aka Leimomi M. Scollon, :
              Debtor :

**ORDER**

Upon consideration of the Motion to Approve Settlement, Dkt. # 69 ("Motion"), the proposed settlement of Monroe County Court of Common Pleas No. 7795-cv-2017 in accordance with the terms of the settlement agreement attached to the Motion, and no responses having been filed thereto, it is hereby **ORDERED** that the Motion is **GRANTED** and the settlement is **APPROVED;** and it is further

**ORDERED** that the proceeds from the sale of property at 113 N. 5th Street, Stroudsburg, PA 18360 currently held by Robert J. Kidwell, Esquire, are to be disbursed as follows:

    a. To Josephine Castellano and Deirdre Curran in the amount of $45,000;

    b. To Debtor on account of her exemption in the amount of $14,347.32, and

    c. Standing Chapter 13 Trustee Jack N. Zaharopoulos, Esq., in the amount of $9,837,71 for distribution in accordance with Debtor's current Chapter 13 Plan.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: December 15, 2023

Case 5:22-bk-00624-MJC    Doc 71    Filed 12/15/23    Entered 12/15/23 11:55:54    Desc
Main Document      Page 1 of 1